

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 16, 2024

**BY ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States v. Bauer*, 22 Cr. 155 (PAE)

Dear Judge Engelmayer:

    The parties jointly write to respectfully request a one-month adjournment of the conference currently scheduled for July 19, 2024. The parties respectfully request an adjournment until a date the week of August 19, 2024. The parties are continuing to discuss a potential pretrial disposition and defense counsel continues to actively review the relatively voluminous discovery that has been produced by the Government. Furthermore, in the event that the Court decides to adjourn the status conference, the Government respectfully seeks an exclusion of time under the Speedy Trial Act between July 19, 2024 and the date of the rescheduled conference. An exclusion under the Speedy Trial Act is in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), because it will allow for the defendant to review the discovery, for the parties to continue discussing a pretrial disposition, and for the defendant to prepare motions and for trial if there is no pretrial resolution. The defendant consents to the exclusion.

                        Respectfully Submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

                by: /s/_____
                        Matthew R. Shahabian
                        Vladislav Vainberg
                        Noah Solowiejczyk
                        Assistant United States Attorneys
                        (212) 637-1046/2589/2473

CC:    Aaron Katz, Esq. (by ECF)