MITCHELL SANDLER

October 1, 2026

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Daniel Ferris, 22 Cr. 155**

Dear Judge Engelmayer:

I recently entered my appearance on behalf of Daniel Ferris in the above-referenced matter. I respectfully write to ask the Court to modify Mr. Ferris's conditions of pretrial release so that he may travel to Italy and France from October 9, 2026, through October 18, 2026, for business purposes. Both the Government and Pretrial Services have consented to this request, as evidenced by the attached email.

Mr. Ferris's proposed itinerary is as follows:

1. Friday, October 9, 2026: travel from the United Kingdom to Rome, Italy. Mr. Ferris will stay in Italy for two nights. He will stay at the Rome apartment of Freddie Achom, a business colleague and friend of nearly 20 years. Mr. Ferris and Mr. Achom are exploring the possibility of opening a private members' club in Rome, similar to Soho House.

2. Sunday, October 11, 2026: travel from Rome to Nice, France. Mr. Ferris will rent a car in Nice and stay at short-term rental accommodations (Airbnb) while he attends these business meetings:

   a. Saint-Paul-de-Vence: a meeting with James Savy, an interior designer and architect. The two plan to work together on building a portfolio of flats and villas to rent as holiday accommodations; and

   b. Saint-Tropez, Ramatuelle, and Sainte-Maxime: meetings with villa owners in these off-season holiday destinations in southern France. These owners may want Mr. Ferris's company to manage their properties.

3. Sunday, October 18, 2026: return from France to the United Kingdom.

Before he leaves, Mr. Ferris will provide the Government and Pretrial Services his complete itinerary, including flight information and contact information. He will also follow any additional conditions that Pretrial Services or the Court considers appropriate.

MITCHELL SANDLER PLLC
2020 K Street, NW
Suite 760
Washington, DC 20006
T. 202.886.5260
mitchellsandler.com

For these reasons, we respectfully ask the Court to allow Mr. Ferris to travel as described above. We thank the Court for considering this request.

Sincerely,

______/s/_____________________
Seth Waxman
Mitchell Sandler PLLC
2020 K Street, Suite 720
Washington, DC 20006
swaxman@mitchellsandler.com
(202) 886-5290

Counsel for Daniel Ferris

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 102.
SO ORDERED.

10/1/2026

Paul A. Engelmayer
Paul A. Engelmayer
United States District Judge